1
2
3
4
5      IN THE UNITED STATES DISTRICT COURT
6      FOR THE EASTERN DISTRICT OF CALIFORNIA
7
8 RONALD RAY ANDERSON,     1:09-cv-02226-DLB (HC)

9     Petitioner,     ORDER GRANTING MOTION
             TO PROCEED IN FORMA PAUPERIS
10  vs.
             (DOCUMENT #3)
11 MATTHEW CATE,

12     Respondent.
  _____/
13

14    Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to

15 28 U.S.C. § 2254.

16    Petitioner has filed a motion to proceed in forma pauperis and a certified copy of petitioner's

17 prison trust account statement.   Examination of these documents reveals that petitioner is unable to

18 afford the costs of this action.  Accordingly, the motion to proceed in forma pauperis is GRANTED.

19 See 28 U.S.C. § 1915.

20

21   IT IS SO ORDERED.

22  **Dated:   December 23, 2009**   _____/s/ **Dennis L. Beck**_____
            UNITED STATES MAGISTRATE JUDGE
23

24

25

26

27

28